JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FORMAN,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>   Defendant. | Case No. 2:20-CV-11243-AB (AFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 28, 2021      _____
                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE

1.